IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JARED REYNOLDS, individually and for all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:16-cv-9871 |
| v. | ) ) | Judge Virginia M. Kendall |
| AXIOM GLOBAL, INC., a/k/a AXIOM LAW | ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

### ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF IMWL/FLSA <u>COLLECTIVE ACTION SETTLEMENT</u>

On March 21, 2017, the Parties' filed their motion for preliminary approval of a class and collective action settlement. The Court has considered the Settlement Agreement and its exhibits, including the Exhibits, Notice of Settlement of Class Action, and Claim Form, along with the submissions of counsel, and hereby finds and orders as follows:

1. Unless otherwise defined herein, all terms used in this Order (the "Preliminary Approval Order") will have the same meaning as defined in the Settlement Agreement.

2. The Court finds on a preliminary basis that the Settlement memorialized in the Settlement Agreement, and filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

3. This Court grants preliminary approval of the Settlement Agreement, including preliminary approval of the attorneys' fees, costs and settlement administration expenses payable to Class Counsel.

4. This Court approves Dahl Administration as Settlement Administrator to perform duties in accordance with the terms of the Settlement Agreement and the plan of settlement administration therein.

5. The Class Notice to be provided as set forth in the Settlement Agreement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed Settlement and the Final Approval Hearing to all persons and entities affected by and/or entitled to participate in the Settlement, in full compliance with the notice requirements of Fed. R. Civ. P. 23, due process, the Constitution of the United States, the laws of the State of Illinois, and all other applicable laws. The Class Notice is accurate, objective, and informative and provides Class Members with all of the information necessary to make an informed decision regarding their participation in the Settlement and its fairness.

6. The Exhibit A, Class Notice, and Claim Form are approved. The Settlement Administrator is authorized to mail those documents to the Class Members as provided in the Settlement Agreement.

7. Pending the Court's decision on final approval of the Settlement and entry of the Court's Final Approval Order, the Lawsuit and any other action or proceeding brought by or on behalf of the Named Plaintiff or any Class Member that asserts any claim released under the Settlement shall be stayed in each such action or proceeding.

8. The Named Plaintiff and Defendants are ordered to carry out the Settlement according to the terms of the Settlement Agreement.

9. The Court will conduct a Final Approval Hearing on June 29, 2017 at 9:00 a.m. to determine the overall fairness of the Settlement. The Final Approval Hearing may be continued

without further notice to Class Members. The Named Plaintiff and Defendants shall file their motion for approval of the Settlement, and Class Counsel shall file their unopposed motion for attorneys' free, costs and settlement administration expenses and the Service Payments to the Named Plaintiff on or before June 22, 2017.

IT IS SO ORDERED.

Dated: March 22, 2017

_____
Virginia M. Kendall
United States District Court Judge