IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JARED REYNOLDS, individually and for all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:16-cv-9871 |
| v. | ) ) | Judge Virginia M. Kendall |
| AXIOM GLOBAL, INC., a/k/a AXIOM LAW | ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |

[PROPOSED] ORDER GRANTING APPROVAL OF PETITION FOR APPROVAL OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE PAYMENT TO NAMED PLAINTIFF

On July 19, 2017, the Court heard Plaintiffs' Unopposed Petition for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Payments to Named Plaintiffs (the "Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiffs, as well as Plaintiffs' presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. Class Counsel are awarded $97,200.00 in attorneys' fees and costs

2. The Court finds that Named Plaintiff and Class Representative Jared Reynolds, in prosecuting the case on behalf of the Class, made a substantial contribution to its outcome, and is therefore deserving of a service award in recognition of his efforts. A Service Award in the amount of $10,000.00 is therefore approved for Named Plaintiff in addition to any pro rata share of the Settlement Fund to which he is entitled.

3. The foregoing awards shall be paid from the Claiming Class Member Fund of $275,000.00.

IT IS SO ORDERED.

Dated: __7-19__, 2017

_____
The Honorable Virginia M. Kendall
United States Magistrate Judge

2